IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO:     25-_____ |
| v. | : | DATE FILED: _____ |
| KAUSHALKUMAR J. PATEL,<br>a/k/a "Kaushalkumar Jitendrabhai Patel,"<br>a/k/a "Kaushal Kumar Jitendrabhai Patel,"<br>a/k/a "Kaushal Jitendrabhai Patel" | : | VIOLATIONS:<br>18 U.S.C. § 1015(f) (false statement of citizenship in order to vote – 1 count) |
| | : | 52 U.S.C. § 20511(2)(A) (fraudulent voter registration – 1 count) |
| | : | 52 U.S.C. § 20511(2)(B) (fraudulent voting - 1 count) |
| | : | 18 U.S.C. § 611 (voting by alien – 1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Defendant KAUSHALKUMAR J. PATEL, a/k/a "Kaushalkumar Jitendrabhai Patel," a/k/a "Kaushal Kumar Jitendrabhai Patel," a/k/a "Kaushal Jitendrabhai Patel," was a citizen of India. He was not and is not a citizen of the United States of America.

2. On or about October 15, 2020, defendant KAUSHALKUMAR J. PATEL applied online to the Commonwealth of Pennsylvania's Department of State to register to vote in Pennsylvania. In doing so, defendant PATEL answered "Yes" to the question, "Are you a citizen of the United States?," when in fact, as he well knew, he was not a citizen of the United States. On his application, defendant PATEL accurately provided his biographical information, including his name, date of birth, and Pennsylvania driver's license number, and listed as his residential address his street address in Lehigh County, Pennsylvania.

3. On or about October 17, 2020, based on the information provided by defendant KAUSHALKUMAR J. PATEL, including the false statement that he was a United States citizen, defendant PATEL's application to register to vote was accepted, and he was successfully registered to vote in Pennsylvania.

4. On or about November 3, 2020, defendant KAUSHALKUMAR J. PATEL appeared in person at his assigned polling place in Allentown, Pennsylvania, in order to cast a vote in the 2020 general election, which included the election for the offices of President and Vice President of the United States.

5. On or about November 3, 2020, as a first-time voter at a polling place in the Commonwealth of Pennsylvania, defendant KAUSHALKUMAR J. PATEL was required to present an acceptable form of photo identification before he was permitted to vote.

6. On or about November 3, 2020, defendant KAUSHALKUMAR J. PATEL signed the poll book next to his pre-printed name.

7. On or about November 3, 2020, defendant KAUSHALKUMAR J. PATEL cast a vote in the 2020 general election, which included the election for the offices of President and Vice President of the United States.

8. On or about October 15, 2020, in Lehigh County, in the Eastern District of Pennsylvania, defendant

**KAUSHALKUMAR J. PATEL,**
a/k/a "Kaushalkumar Jitendrabhai Patel,"
a/k/a "Kaushal Kumar Jitendrabhai Patel,"
a/k/a "Kaushal Jitendrabhai Patel,"

knowingly made a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election.

In violation of Title 18, United States Code, Section 1015(f).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Paragraphs 1 through 7 of Count One are realleged here.

2. On or about October 15, 2020, in Lehigh County, in the Eastern District of Pennsylvania, defendant

**KAUSHALKUMAR J. PATEL,**
a/k/a "Kaushalkumar Jitendrabhai Patel,"
a/k/a "Kaushal Kumar Jitendrabhai Patel,"
a/k/a "Kaushal Jitendrabhai Patel,"

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement and submission of a voter registration application that was known by him to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, defendant PATEL submitted a voter registration application he knew was fraudulent because on it he had falsely claimed to be a United States citizen.

In violation of Title 52, United States Code, Section 20511(2)(A).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Paragraphs 1 through 7 of Count One are realleged here.

2. On or about November 3, 2020, in Lehigh County, in the Eastern District of Pennsylvania, defendant

**KAUSHALKUMAR J. PATEL,**
a/k/a "Kaushalkumar Jitendrabhai Patel,"
a/k/a "Kaushal Kumar Jitendrabhai Patel,"
a/k/a "Kaushal Jitendrabhai Patel,"

knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement, casting, and tabulation of a ballot that was known by him to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, in the election for federal office, defendant PATEL cast a ballot that he knew was fraudulent because he was not a citizen of the United States.

In violation of Title 52, United States Code, Section 20511(2)(B).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

At all times material to this indictment:

1. Paragraphs 1 through 7 of Count One are realleged here.

2. On or about November 3, 2020, in Lehigh County, in the Eastern District of Pennsylvania, defendant

**KAUSHALKUMAR J. PATEL,**
a/k/a "Kaushalkumar Jitendrabhai Patel,"
a/k/a "Kaushal Kumar Jitendrabhai Patel,"
a/k/a "Kaushal Jitendrabhai Patel,"

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Presidential elector.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL:

GRAND JURY FOREPERSON

**DAVID METCALF**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

v.

KAUSHALKUMAR J. PATEL, a/k/a Kaushalkumar Jitendrabhai Patel,
a/k/a Kaushal Kumar Jitendrabhai Patel, a/k/a Kaushal Jitendrabhai Patel

INDICTMENT

Counts

18 U.S.C. § 1015(f) (false statement of citizenship in order to vote – 1 count)
52 U.S.C. § 20511(2)(A) (fraudulent voter registration – 1 count)
52 U.S.C. § 20511(2)(B) (fraudulent voting - 1 count)
18 U.S.C. § 611 (voting by alien – 1 count)

A true bill

_____
Foreman

Filed in open court this ___14___ day,
of __October__ A.D. 20 _25_

_____
Clerk

Bail, $ _____