# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia          County: Philadelphia

City and State of Defendant: Allentown, PA

County: Lehigh          Register number: N/A

Place of accident, incident, or transaction:          Eastern District of Pennsylvania

Post Office: Allentown          County: Lehigh

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO:     No

Case Number: N/A          Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

18 U.S.C. § 1015(f) (false statement of citizenship in order to vote – 1 count); 52 U.S.C. § 20511(2)(A) (fraudulent voter registration – 1 count); 52 U.S.C. § 20511(2)(B) (fraudulent voting - 1 count); 18 U.S.C. § 611 (voting by alien – 1 count)

DATE: October 14, 2025          s/ Nancy E. Potts
                                Nancy E. Potts
                                Assistant United States Attorney

File No. 2025R00353
U.S. v. Certain Person(s)