AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | |
|---|---|
| UNITED STATES<br>*Plaintiff*<br>v.<br>KAUSHALKUMAR J. PATEL<br>*Defendant* | )<br>)<br>)  Case No. 25-452<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KAUSHALKUMAR J. PATEL.

Date: 10/29/2025

*Attorney's signature*

S. PHILIP STEINBERG 87252
*Printed name and bar number*

1500 JFK Blvd
Suite 1300
Philadelphia, PA 19102
*Address*

amuraglia@s2firm.com
*E-mail address*

(215) 845-0250
*Telephone number*

(215) 845-0255
*FAX number*