IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL ACTION |
| vs. | : | |
| | : | NO. 5:25-cr-00452-CH-1 |
| **KAUSHALKUMAR J. PATEL** | | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE MOTIONS/TRIAL

Petitioner, Kaushalkumar J. Patel, by and through his attorney, S. PHILIP STEINBERG, Esquire, hereby submits the following Motion to Continue Trial, and in support thereof avers as follows:

1. On October 14, 2025, a grand jury sitting in the Eastern District of Pennsylvania returned a four-count indictment against the defendant.

2. On October 29, 2025, United States Magistrate Judge Pamela A. Carlos presided over defendant's initial appearance and arraignment. Defendant was released on bond thereafter.

3. Defendant is presently incarcerated in the Pike County Correctional Facility pursuant to an ICE detainer.

4. Trial in this matter has been scheduled for December 29, 2025, in front of the Honorable Catherine Henry.

5. Counsel for the defendant is scheduled to be out of the jurisdiction for a pre-planned family vacation during the Christmas Holidays through the current trial date.

6. Counsel for the Government, Assistant United States Attorney, Nancy E. Potts has advised that she is unavailable on this date as well.

2

7.      Counsel spoke with Defendant via Zoom on November 11, 2025, and discussed the instant Motion to Continue Trial. Counsel represents to the Court that the Defendant is making a knowing, intelligent and voluntary waiver of his speedy trial rights from December 29, 2025, through the next date assigned by the Court.

8.      The assigned, Assistant United States Attorney, Nancy E. Potts does not object to this request to continue trial.

Respectfully submitted,

s/S. Philip Steinberg
S. PHILIP STEINBERG

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| | : | NO. 5:25-cr-00452-CH-1 |
| KAUSHALKUMAR J. PATEL | | |

### ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the foregoing Unopposed Motion for Continuance of Trial, and it appearing that the interests of justice served by granting the requested continuance (for approximately thirty (30) days) outweigh the best interests of the public and the Defendant, it is hereby ORDERED and DECREED that pursuant to 19 U.S.C. § 3161 (h)(7)(A), said Motion is GRANTED. It is further ORDERED and DECREED that taking into account the exercise of due diligence, the failure to grant the requested continuance would deny counsel for the defendant reasonable and adequate time necessary for effective preparation, therefore trial in this matter shall commence on the _____ day of _____, 20\_\_\_ at_____ a.m. and the continuance period shall be marked excludable in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

BY THE COURT:

_____
THE HONORABLE CATHERINE HENRY
UNITED STATES DISTRICT JUDGE

1

CERTIFICATE OF SERVICE

S. PHILIP STEINBERG, Esquire hereby certifies that a true and correct copy of the Defendant's Motion to Continue Trial has been served by ECF upon:

The Honorable Catherine Henry
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Nancy E. Potts, Assistant United States Attorney
U.S. Department of Justice
Philadelphia, PA 19106

s/ S. PHILIP STEINBERG
**S. PHILIP STEINBERG**
**Attorney for Petitioner**
**Two Penn Center**
**1500 John F. Kennedy Blvd., Suite 1300**
**Philadelphia, PA 19102**
**(215) 845-0250**