**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA       :       **CRIMINAL ACTION**

        vs.            :

                        :      **NO. 5:25-cr-00452-CH-1**

**KAUSHALKUMAR J. PATEL**

**ORDER**

AND NOW, this ___8th___ day of _____December_____, 2025, upon consideration of the foregoing Unopposed Motion for Continuance of Trial, and it appearing that the interests of justice served by granting the requested continuance (for approximately thirty (30) days) outweigh the best interests of the public and the Defendant, it is hereby ORDERED and DECREED that pursuant to 19 U.S.C. § 3161 (h)(7)(A), said Motion is GRANTED. It is further ORDERED and DECREED that taking into account the exercise of due diligence, the failure to grant the requested continuance would deny counsel for the defendant reasonable and adequate time necessary for effective preparation, therefore trial in this matter shall commence on the __2nd__ day of ___February___, 20_26_ at __9:30__ a.m. and the continuance period shall be marked excludable in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

BY THE COURT:

/s/ Catherine Henry
_____
**THE HONORABLE CATHERINE HENRY
UNITED STATES DISTRICT JUDGE**