# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 25-452** |
| **KAUSHALKUMAR J. PATEL** | : | |

### GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

The United States of America, by its attorneys David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Nancy E. Potts, Assistant United States Attorney, hereby moves the Court for an approximate 45-day continuance of the trial date, currently scheduled for February 2, 2026, and to exclude the time from the filing of this motion to the new trial date from the Speedy Trial Act calculation. Counsel for the defendant does not oppose the government's request for a trial postponement. In support of its motion, the government submits the following:

1. On October 14, 2025, a grand jury sitting in the Eastern District of Pennsylvania returned a four-count indictment charging the defendant with making a false statement of citizenship in order to vote, in violation of 18 U.S.C. § 1015(f), fraudulent voter registration, in violation of 52 U.S.C. § 20511(2)(A), fraudulent voting, in violation of 52 U.S.C. § 20511(2)(B), and voting by an alien, in violation of 18 U.S.C. § 611. The indictment alleges that the defendant is not a citizen of the United States and therefore made a false voter registration application in October 2020 and illegally voted in the November 2020 general election.

2. On October 29, 2025, the defendant had his initial appearance in this case

and was released on bail.

3.      Trial is currently scheduled for February 2, 2026.

4.      The undersigned has developed an irreconcilable conflict beginning on January 27, 2026, and continuing through approximately February 11, 2026, encompassing the entire week of the scheduled trial, and therefore, in order to assure continuity of counsel, the government requests this 45-day postponement of the trial date.

5.      The parties are also in discussions about a potential non-trial disposition of this case and need additional time to try to complete those negotiations.

6.      The defendant, through counsel, does not oppose this motion.

Wherefore, based on the foregoing, the government respectfully requests that the Court postpone the February 2, 2026 trial date, exclude the time from the filing of this motion through the new trial date from the Speedy Trial Act calculation, and set this case for trial on a date after March 16, 2026.

Respectfully submitted,

DAVID METCALF
United States Attorney


*s/ Nancy E. Potts*
Nancy E. Potts
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

      v.                                        :          **CRIMINAL NO. 25-452**

KAUSHALKUMAR J. PATEL          :

## O R D E R

AND NOW, upon consideration of the government's unopposed motion to continue the trial date, it is hereby

## O R D E R E D

that the motion is GRANTED.  The Court finds that:

    a.      Government counsel has a personal conflict with the February 2, 2026 trial date which cannot be reconciled.

    b.      The failure to grant the government's motion would deny the government continuity of counsel.

    c.      The parties are in discussions about a potential non-trial disposition of this case and require additional time to try to complete those negotiations.

    d.      Counsel for the defendant does not oppose the government's request for a postponement of trial.

WHEREFORE, in accordance with 18 U.S.C. § 3161(h)(7)(A), (B)(iv), the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court will enter a separate order setting the new trial date.

BY THE COURT:


Date: _____          _____
                                 HONORABLE CATHERINE HENRY
                                 *Judge, United States District Court*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically, is available for viewing and downloading from the Electronic Case Filing system, and was served by electronic filing and electronic mail upon:

Philip Steinberg, Esq.
Two Penn Center
1500 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19102
psteinberg@s2firm.com

Raymond G. Lahoud, Esq.
600 Hamilton Street, Suite 300
Allentown, PA 18101
rgl@raylahoud.com

Date: January 9, 2026

*s/ Nancy E. Potts*
Nancy E. Potts