**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| KAUSHALKUMAR J. PATEL | : | NO. 5:25-cr-00452-CH-1 |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE MOTIONS/TRIAL**

Petitioner, Kaushalkumar J. Patel, by and through his attorney, S. PHILIP STEINBERG, Esquire, hereby submits the following Motion to Continue Trial, and in support thereof avers as follows:

1.      On October 14, 2025, a grand jury sitting in the Eastern District of Pennsylvania returned a four-count indictment against the defendant.

2.      On October 29, 2025, United States Magistrate Judge Pamela A. Carlos presided over defendant's initial appearance and arraignment. Defendant was released on bond thereafter.

**3.**      At the time the Defendant was indicted, he was incarcerated in the Pike County Correctional Facility pursuant to an ICE detainer.

4.      Trial in this matter has been scheduled for March 23, 2026, before the Honorable Catherine Henry.

5.      On March 23, 2026, Counsel for the defendant is scheduled for a jury trial in the Philadelphia Court of Common Pleas in the matter of, Commonwealth of Pennsylvania v. William Hipp. By way of further information, this trial is being prosecuted by the Family Violence Unit and testimony is expected to include a civilian complainant, civilian and police witnesses as well as experts.

2

6.    On March 10, 2026, the Defendant was ordered released from immigration custody and is presently being supervised by pre-trial services.

7.    Due to a variety of complications at the aforementioned detention facility Counsel has not been able to adequately prepare the Defendant to be participative and effectively prepare for trial.   Specifically, Counsel has had limited access to communication with the Defendant (and no access to private communication).   Additionally, while Counsel was provided with discovery in a timely manner by the Government, (due to issues at the correctional facility) there was significant delay in the Defendant's receipt of the discovery. Most importantly, while incarcerated, he was not given the ability to review it in any semblance of a meaningful manner.

7.    Counsel spoke with Defendant via Zoom on March 10, 2026, and discussed the instant Motion to Continue Trial. Counsel represents to the Court that the Defendant is making a knowing, intelligent and voluntary waiver of his speedy trial rights from March 23, 2026, through the next date assigned by the Court.

8.    Counsel and the assigned, Assistant United States Attorney, Nancy E. Potts, have been communicative and are working together to foster an efficient resolution to this case.   After discussing the above with AUSA Potts, yesterday afternoon, she does not object to this request to continue trial.

Respectfully submitted,

_s/S. Philip Steinberg_
S. PHILIP STEINBERG

3

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| KAUSHALKUMAR J. PATEL | : | NO. 5:25-cr-00452-CH-1 |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of the foregoing Unopposed Motion for Continuance of Trial, and it appearing that the interests of justice served by granting the requested continuance for approximately sixty (60) days outweigh the best interests of the public and the Defendant, it is hereby ORDERED and DECREED that pursuant to 19 U.S.C. § 3161 (h)(7)(A), said Motion is GRANTED. It is further ORDERED and DECREED that taking into account the exercise of due diligence, the failure to grant the requested continuance would deny counsel for the defendant reasonable and adequate time necessary for effective preparation, therefore trial in this matter shall commence on the _____ day of _____, 20___ at_____ a.m. and the continuance period shall be marked excludable in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

BY THE COURT:

_____
**THE HONORABLE CATHERINE HENRY
UNITED STATES DISTRICT JUDGE**

1

**CERTIFICATE OF SERVICE**

S. PHILIP STEINBERG, Esquire hereby certifies that a true and correct copy of the

Defendant's Motion to Continue Trial has been served by ECF upon:

The Honorable Catherine Henry
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Nancy E. Potts, Assistant United States Attorney
U.S. Department of Justice
Philadelphia, PA 19106

**s/ S. PHILIP STEINBERG**
**S. PHILIP STEINBERG**
**Attorney for Petitioner**
**Two Penn Center**
**1500 John F. Kennedy Blvd., Suite 1300**
**Philadelphia, PA 19102**
**(215) 845-0250**