# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. KAUSHALKUMAR J PATEL                          Docket No. 5:25CR00452-1

Petition for Action on Conditions of Pretrial Release

COMES NOW, Jaime B. Stroup, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Kaushalkumar J Patel who was placed under pretrial release supervision by the Honorable Pamela A. Carlos sitting in the Court at Allentown, on October 29, 2025, under the following conditions:

1. Report to Pretrial Services as directed.
2. Defendant must surrender his/her passport to the Clerk of Court.
3. Defendant must refrain from applying for a passport.
4. Travel is restricted to the Eastern District of Pennsylvania, unless prior permission is granted by the Pretrial Services.
5. Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement. Further, the defendant shall not possess a dangerous weapon or destructive device.
6. Defendant shall have no contact with co-defendants, potential witnesses in this case, or individuals engaged in any criminal activity.
7. Defendant shall report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement, including arrests, questioning, or traffic stops.
8. Defendant must reside at 757 Hausman Road in Allentown, Pennsylvania.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant was released on the federal case, however, went directly into from U.S. Immigration and Customs Enforcement (ICE) custody on October 29, 2025.   On March 9, 2026, the defendant was released from ICE custody.   He immediately contacted our office to inform us of his release. Due to the time he spent in custody, his family had to move from the 757 Hausman Road address to 2121 Cloverdale Road, Apartment C5 in Bethlehem, Pennsylvania 18018.   A home assessment was conducted by our office at the new home on March 26, 2026, and the home appears to be conducive to his supervision.

PRAYING THAT THE COURT WILL ORDER that the defendant shall reside at an address approved by Pretrial Services.

ORDER OF COURT

Considered and ordered this <u>30th</u> day of <u>March</u>, 20 <u>26</u> and ordered filed and made a part of the records in the above case.

/s/ *Catherine Henry*
_____
The Honorable Catherine Henry
United States
District Judge

I declare under penalty of perjury that the foregoing is true and correct.

*Jaime B Stroup*
_____
Jaime B. Stroup
U.S. Pretrial Services Officer

Place: Allentown

Date: March 30, 2026