**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| **vs.** | **:** | |
| **KAUSHALKUMAR J. PATEL** | **:** | **NO. 5:25-cr-00452-CH-1** |

**ORDER**

AND NOW, this _____ day of _____, 2026, upon consideration of the foregoing Unopposed Motion for Continuance of Trial, and it appearing that the interests of justice served by granting the requested continuance for approximately ninety (90) days outweigh the best interests of the public and the Defendant, it is hereby ORDERED and DECREED that pursuant to 19 U.S.C. § 3161 (h)(7)(A), said Motion is GRANTED. It is further ORDERED and DECREED that taking into account the exercise of due diligence, the failure to grant the requested continuance would deny counsel for the defendant reasonable and adequate time necessary for effective preparation, therefore trial in this matter shall commence on the _____ day of _____, 20___at_____a.m. and the continuance period shall be marked excludable in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

BY THE COURT:

_____
**THE HONORABLE CATHERINE HENRY
UNITED STATES DISTRICT JUDGE**

1

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| **vs.** | **:** | |
| **KAUSHALKUMAR J. PATEL** | **:** | **NO. 5:25-cr-00452-CH-1** |

### <u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE MOTIONS/TRIAL</u>

Petitioner, Kaushalkumar J. Patel, by and through his attorney, S. PHILIP STEINBERG, Esquire, hereby submits the following Motion to Continue Trial, and in support thereof avers as follows:

1.    On October 14, 2025, a grand jury sitting in the Eastern District of Pennsylvania returned a four-count indictment against the defendant.

2.    Trial in this matter has been scheduled for July 20, 2026, before the Honorable Catherine Henry.

3.    On July 20, 2026, Counsel for the defendant is scheduled to appear in the Huntingdon County Court of Common Pleas in the matter of, <u>Commonwealth of Pennsylvania v. Jaskirat Singh (defendant is in custody)</u>.

4.    Counsel has spoken with the Defendant and discussed the instant Motion to Continue Trial. Counsel represents to the Court that the Defendant is making a knowing, intelligent and voluntary waiver of his speedy trial rights from July 20, 2026, through the next date assigned by the Court.

5.    Counsel and the assigned, Assistant United States Attorney, Nancy E. Potts, have been communicative and are working together in hopes of fostering an efficient resolution to this

case. Counsel is hopeful that granting the instant motion will be helpful in this regard.

6.      The Government does not object to this request to continue trial.


Respectfully submitted,



  *s/S. Philip Steinberg*
S. PHILIP STEINBERG

## CERTIFICATE OF SERVICE

S. PHILIP STEINBERG, Esquire hereby certifies that a true and correct copy of the

Defendant's Motion to Continue Trial has been served by ECF upon:

The Honorable Catherine Henry
United States Courthouse
601 Market Street
Philadelphia, PA 19106

Nancy E. Potts, Assistant United States Attorney
U.S. Department of Justice
Philadelphia, PA 19106

**s/ S. PHILIP STEINBERG**
**S. PHILIP STEINBERG**
**Attorney for Petitioner**
**Two Penn Center**
**1500 John F. Kennedy Blvd., Suite 1300**
**Philadelphia, PA 19102**
**(215) 845-0250**