## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

**v.**

**KAUSHALKUMAR J. PATEL**
**USM # 20659-512**

**CRIMINAL ACTION**
**NO. 25-452**

### NOTICE OF HEARING

TAKE NOTICE that the defendant is scheduled for JURY SELECTION and TRIAL on **Monday, October 19, 2026, at 9:30 a.m.** before the Honorable Catherine Henry in Courtroom TBD of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons: This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.**

☐ **Interpreter:** A           interpreter will be required for the defendant.

☒ **Hearing rescheduled from:  July 20, 2026**

For additional information, please contact the undersigned.

By:        Tanya L. Allender
           Courtroom Deputy to Judge Catherine Henry
           610.333.1836

Date:   6/10/2026

cc via U.S. Mail:     Defendant
cc via email:         Defense Counsel: S. Philip Steinberg
                      Assistant U.S. Attorney: Nancy Potts
                      U.S. Marshal
                      Court Security
                      Probation Office
                      Pretrial Services
                      Interpreter Coordinator